# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Diversified Concrete Cutting, Inc. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Trustees of the Northern Nevada Operating | ) | |
| Engineers Pension Trust Fund, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trustees of the Northern Nevada Operating Engineers Contract Compliance
Trust Fund

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John D. Moore, Esq.
Law Offices of Michael B. Springer
9628 Prototype Court
Reno, NV 89521
(775) 786-7445

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*