AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

DIVERSIFIED CONCRETE CUTTING, INC.,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  3:10-cv-00526-RCJ -WGC

TRUSTEES OF THE NORTHERN
NEVADA OPERATING ENGINEERS
PENSION TRUST, et al.,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Notice of Acceptance With Offer of Judgment filed April 19, 2012 [45], judgment is entered in favor of plaintiff, Diversified Concrete Cutting, Inc., and against defendant, Northern Nevada Operating Engineers Contract Compliance Fund, Inc.

**IT IS ORDERED AND ADJUDGED** that defendant, **Northern Nevada Operating Engineers Contract Compliance Fund, Inc.,** accepts the Offer of Judgment in the amount of Eight Hundred Ninety-Four Dollars and Eight Cents ($894.08), which sum includes attorney's fees, pre-judgment interest and costs incurred to date, served by plaintiff on April 6, 2012.

| | |
|---|---|
|  April 20, 2012  |  LANCE S. WILSON  |
| Date | Clerk |
| | |
| | /s/   M. Campbell |
| | Deputy Clerk |