AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

DIVERSIFIED CONCRETE CUTTING, INC.,

      Plaintiff,

V.

TRUSTEES OF THE NORTHERN
NEVADA OPERATING ENGINEERS
PENSION TRUST, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:10-cv-00526-RCJ -WGC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Notice of Acceptance With Offer of Judgment filed April 19, 2012 [45], judgment is entered in favor of plaintiff, Diversified Concrete Cutting, Inc., and against defendant, Northern Nevada Operating Engineers Contract Compliance Fund, Inc.

**IT IS ORDERED AND ADJUDGED** that defendant, **Northern Nevada Operating Engineers Contract Compliance Fund, Inc.,** accepts the Offer of Judgment in the amount of Eight Hundred Ninety-Four Dollars and Eight Cents ($894.08), which sum includes attorney's fees, pre-judgment interest and costs incurred to date, served by plaintiff on April 6, 2012.

 April 20, 2012                                                   **LANCE S. WILSON**
    Date                                                            Clerk

                                                                       /s/   M. Campbell
                                                                        Deputy Clerk