AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_\*\*\*\*\*_   DISTRICT OF   NEVADA

DIVERSIFIED CONCRETE CUTTING, INC.,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:10-cv-00526-RCJ -WGC

TRUSTEES OF THE NORTHERN
NEVADA OPERATING ENGINEERS
PENSION TRUST, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Notice of Acceptance With Offer of Judgment filed April 19, 2012 [46], judgment is entered in favor of plaintiff, Diversified Concrete Cutting, Inc., and against defendant, Nevada Construction Industry Promotion Bureau, Inc.

**IT IS ORDERED AND ADJUDGED** that defendant, **Nevada Construction Industry Promotion, Bureau, Inc.,** accepts the Offer of Judgment in the amount of Two Thousand One Hundred Fifty-Seven Dollars and Ninety-Six Cents ($2,157.96), which sum includes attorney's fees, pre-judgment interest and costs incurred to date, served by plaintiff on April 6, 2012.

 April 20, 2012                               **LANCE S. WILSON**
    Date                                                     Clerk

                                                  /s/   M. Campbell
                                                      Deputy Clerk