NATHAN M. JENKINS (560)
JERRY C. CARTER (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511-1004
Telephone: (775) 829-7800

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIVERSIFIED CONCRETE CUTTING, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND, JOHN MADOLE and RUSSELL BURNS; TRUSTEES of the OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND FOR NORTHERN NEVADA, JOHN MADOLE and RUSSELL BURNS; THE NEVADA CONSTRUCTION INDUSTRY PROMOTION BUREAU, INC., a Nevada non-profit corporation; THE NORTHERN NEVADA OPERATING ENGINEERS CONTRACT COMPLIANCE FUND, INC., a Nevada non-profit corporation; TRUSTEES of the OPERATING ENGINEERS PENSION TRUST FUND, GIL CROSTHWAITE and RUSSELL BURNS; TRUSTEES of the OPERATING ENGINEERS VACATION AND HOLIDAY PAY PLAN, GIL CROSTHWAITE and RUSSELL BURNS; TRUSTEES of the OPERATING ENGINEERS PENSIONED OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND, GIL CROSTHWAITE and RUSSELL BURNS; AND DOE DEFENDANTS I through X, inclusive, <br><br> Defendants. <br> _____/ | Case No. 3:10-cv-00526-RCJ-WGC <br><br> **STIPULATION AND ORDER RE PROTECTED HEALTH INFORMATION** |

1

**WHEREAS**, this matter involves documents containing certain protected health information regarding past and present employees of Plaintiff Diversified Concrete Cutting, Inc. with respect to whom a refund of contributions is sought by Diversified from defendant Trustees of the Northern Nevada Operating Engineers Health & Welfare Trust Fund (the "Health & Welfare Trust Fund"); and

**WHEREAS**, 45 CFR § 164.512(e) provides that protected health information may be disclosed subject to Court order in a judicial and administrative proceeding; and

**WHEREAS**, the parties and their counsel have agreed to the entry of a Court Order providing for disclosure of the documents described below in accordance with the protections described below;

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, that the following procedures shall apply to all information, materials, or things designated as "Confidential" in the above-captioned matter ("Discovery"):

1. All documents discussed in this Stipulation and Order are hereby designated "Confidential" and shall be subject to the protections set forth in the Stipulated Protective Order and Confidentiality Agreement (#43) entered April 2, 2012.

2. In addition to the protections set forth in the Stipulated Protective Order and Confidentiality Agreement (#43), the following additional protections shall apply:

    A. <u>Reports entitled "Claim History Reference List-Family Claims, including documents labeled D 2386 to D 2536</u>: These documents shall be reviewed only by counsel for the parties and designated experts; they shall not be shown to any officers, directors, or employees of Diversified Concrete Cutting, Inc. Social security numbers and the names of past and present employees and their eligible dependents who received benefits are redacted. In place of the past or present employee name, a letter code (employee A through employee O) is provided. The month and year of covered services is provided, but the specific date of service is redacted.

    B. <u>Reports totaling claims paid by the Health & Welfare Trust Fund, including documents D 1883 and D 2603</u>: D 1883 totals claims paid for the benefit of employees who are the subject of Diversified's refund request and their eligible dependents with respect to the specific

JENKINS & CARTER
ATTORNEYS AT LAW
501 Hammill Lane
Reno, Nevada 89511-1004
(775) 829-7800 Fax (775) 829-0511

months for which a refund is requested while D 2603 totals claims paid for the benefit of employees who are the subject of Diversified's refund request and their eligible dependents with respect to all hours reported and paid from January 1, 2002 through December 31, 2008. These documents shall be reviewed only by counsel for the parties and designated experts; they shall not be shown to any officers, directors, or employees of Diversified Concrete Cutting, Inc. In place of the past or present employee name, a letter code (employee A through employee O) is provided. The letter codes correspond to the letter codes used for the reports entitled "Claim History Reference List -Family Claims."

   C. <u>Reports entitled Transaction History Hours, including documents labeled D 2537 to D 2567</u>: These documents shall be reviewed only by counsel for the parties and designated experts; they shall not be shown to any officers, directors, or employees of Diversified Concrete Cutting, Inc. Past and present employee names are provided but social security numbers are redacted.

   D. <u>Health & Welfare Trust Fund Enrollment Cards / Change of Address Forms and / or Employee Maintenance Reports, including documents labeled D 2568 to D 2601</u>: These documents shall be reviewed only by counsel for the parties and designated experts; they shall not be shown to any officers, directors, or employees of Diversified Concrete Cutting, Inc. Past and present employee names and addresses are provided but the first five digits of social security numbers are redacted. Phone numbers and first names of dependents and beneficiaries are also redacted.

   E. <u>Report Totaling Stop Loss, Life Insurance, and other Premiums, including documents labeled D 2604 to D 2605</u>: This report is labeled "Confidential."

   F. <u>Reports entitled Operating Engineers Health And Welfare Eligibility Report, including documents labeled D 1464 to D 1538 and D 2316 to D 2385</u>: These documents shall be reviewed only by counsel for the parties and designated experts; they shall not be shown to any

///

///

///

officers, directors, or employees of Diversified Concrete Cutting, Inc. All social security numbers are redacted. Also, the names of employees who are not the subject of the refund claim are redacted.

DATED this _20th_ day of June, 2012.

        JENKINS & CARTER
        Attorneys for Defendants

By: _/s/ Jerry Carter_
    NATHAN M. JENKINS
    JERRY C. CARTER
    501 Hammill Lane
    Reno, Nevada 89511-1004

DATED this _20th_ day of June, 2012.

        LAW OFFICES OF MICHAEL B. SPRINGER, PC
        Attorneys for Plaintiff

By: _/s/_
    MICHAEL B. SPRINGER (NV Bar 1948)
    JOHN D. MOORE (NV Bar 8581
    9628 Prototype Court
    Reno, NV 89521

## ORDER

IT IS SO ORDERED.

DATED this 22nd day of June, 2012.

_/s/ William J. Cobb_
UNITED STATES MAGISTRATE JUDGE

4